Argued and submitted January 31, convictions affirmed; remanded for resentencing
February 26, 1992

STATE OF OREGON,
*Respondent,*

*v.*

LINCOLN EDWARD DODSON,
*Appellant.*

(C 90-04-32061; CA A67852)

825 P2d 662

Jesse Wm. Barton, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for criminal conspiracy to commit aggravated murder, ORS 161.450, solicitation to commit aggravated murder, ORS 161.435, and attempted murder. ORS 161.405; ORS 163.115.

Defendant first argues that his demurrer should have been allowed, because the indictment does not adequately identify his co-conspirators. The indictment was sufficient.

The court imposed consecutive sentences on the convictions on the conspiracy and solicitation counts. The state concedes that the consecutive sentences are unlawful, because those convictions merge under ORS 161.485. We agree.

Defendant also argues that the court erred in purporting to impose conditions of confinement and post-prison supervision. The state agrees that the court can only *recommend* conditions. *State v. Potter*, 108 Or App 480, 816 P2d 661 (1991). We accept that concession.

Convictions affirmed; remanded for resentencing.